**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-2055**

———————————

GATES, HUDSON & ASSOCIATES, INCORPORATED,

Plaintiff - Appellee,

versus

SIMON BANKS; CAMILLE T. TAYLOR,

Defendants - Appellants.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-98-1150-A)

———————————

Submitted: February 15, 2000       Decided: February 24, 2000

———————————

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Simon Banks, Camille T. Taylor, Appellants Pro Se. John Benjamin Raftery, DECKELBAUM, OGENS, REISER & SHEDLOCK, CHARTERED, Washington, D.C., for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Simon Banks and Camille T. Taylor appeal the district court's order vacating that portion of its August 21, 1998, that granted a remand to state court. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gates, Hudson & Assoc. v. Banks, No. CA-98-1150-A (E.D. Va. July 12, 1999; see also Gates, Hudson & Assoc. v. Banks, 1999 WL 259671 (4th Cir. Apr. 30, 1999) (No. 98-2172(L)) (unpublished). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED